IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RICHARD HODGES,** | | Civ. S-04-2087 MCE KJM-P |
| | Petitioner, | **ORDER** |
| v. | | |
| **DAVID RUNNELS, Warden,** | | |
| | Respondent. | |

      GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 11, 2005, to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

      DATED: July 25, 2005.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE