IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD HODGES,** | Civ. S-04-2087 MCE KJM-P |
| Petitioner, | **SCHEDULING ORDER** |
| v. | |
| **DAVID RUNNELS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 11, 2005, to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

DATED: October 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE