IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RICHARD HODGES,**

Petitioner,

v.

**DAVID RUNNELS, Warden,**

Respondent.

Civ. S-04-2087 MCE KJM-P

**SCHEDULING ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall have until January 13, 2006, to file an answer to the petition for writ of habeas corpus; no further extensions of time will be granted absent a showing of extraordinary circumstances. Petitioner may file and serve a traverse within 30 days of his receipt of the answer.

DATED: November 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE