IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD HODGES,

    Petitioner,          No. CIV-S-04-2087 MCE KJM P

    vs.

DAVID RUNNELS,

    Respondent.          ORDER

_____/

        Respondent has requested an extension of time to file a response to petitioner's application for writ of habeas corpus. In this court's November 16, 2005 order, respondent was informed that no further extensions of time would be granted for respondent to file his response absent a showing of extraordinary circumstances. Respondent has not made such a showing. Therefore, IT IS HEREBY ORDERED that respondent's January 13, 2006 request for an extension of time is denied.

DATED: January 30, 2006.

                                         UNITED STATES MAGISTRATE JUDGE

1
hodg2087.111