IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD HODGES,

    Petitioner,     No. CIV S-04-2087 MCE KJM P

  vs.

DAVID RUNNELS,

    Respondent.     ORDER
_____/

    Respondent has filed a motion for leave to file a late answer. Good cause appearing, IT IS HEREBY ORDERED that respondent's March 3, 2006 request for leave to file a late answer is granted.[1]

DATED: March 10, 2006.

                              UNITED STATES MAGISTRATE JUDGE

1/mp
hodg2087.111(2)

---

[1] The answer filed on January 31, 2006 thus is deemed timely.