IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD HODGES,

    Petitioner,                    No. CIV-S-04-2087 MCE KJM P

    vs.

DAVID RUNNELS,

    Respondent.                ORDER

_____/

    Petitioner has requested an extension of time to file his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

DATED: April 4, 2006.

                                     UNITED STATES MAGISTRATE JUDGE

1
runn2087.111(1)