RICHARD SUCH
Attorney at Law, sbn 46022
1120 College Ave. (upper)
Palo Alto, CA 94306
(415) 495-3119

Attorney for Petitioner
RICHARD HODGES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD HODGES,

    Petitioner

    -vs-

DAVID RUNNELS, Warden, High Desert State Prison State Prison

    Respondent

_____

No. Civ. S-04-2087 MCE KJM-P

ORDER GRANTING *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner may have until April 27, 2008, to file his Objections to the Magistrate Judge's Findings and Recommendations (this terminates docket no. 34).

Dated: April 3, 2008.

_____
U.S. MAGISTRATE JUDGE